## OCTOBER TWENTY-FOUR, INC. *v.* TOMASSO BROTHERS, INC., ET AL.
### (13138)

DUPONT, C. J., and O'CONNELL and FOTI, Js.

Argued January 3—decision released January 31, 1995

*Peter J. Zagorsky,* for the appellant (plaintiff).

*Kenneth R. Slater, Jr.,* with whom was *Stephen J. Anderson,* for the appellee (named defendant).

*Thomas P. Byrne,* with whom, on the brief, was *Steven E. Byrne,* for the appellee (defendant town of Plainville et al.).

PER CURIAM. The judgment is affirmed.